STATE OF NEW JERSEY, PLAINTIFF-APPELLANT, v. THOMAS B. KING, DEFENDANT-RESPONDENT.

Argued December 7, 1971—Decided December 13, 1971.

*Mr. Joseph A. Fusco,* Assistant Prosecutor, argued the cause for appellant (*Mr. Joseph P. Lordi,* Essex County Prosecutor, attorney).

*Mr. Martin L. Greenberg* argued the cause for respondent (*Mr. Stanley C. Van Ness,* Public Defender, attorney; *Mr. Philip Freedman,* on the brief).

PER CURIAM. The judgment of the Appellate Division is affirmed for the reasons expressed in its opinion. (112 *N. J. Super.* 138)

*For affirmance:* Chief Justice WEINTRAUB and Justices JACOBS, PROCTOR, HALL and SCHETTINO—5.

*For reversal:* None.